IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 3:10-CR-0260(30) |
| ) | Judge Haynes |
| MOHAMMED AMALLE ) | |

*[Handwritten notation: DENIED / The motion to join is GRANTED / [illegible signature] 1-17-12]*

**MOTION TO JOIN CO-DEFENDANT FUAD NUR'S MOTION TO ALTER STANDARD TRIAL**

Comes now the Defendant, Mohammed Amalle, by and through the undersigned counsel, and moves this Honorable Court for permission to join Co-Defendant Fuad Nur's Motion to Alter Standard Trial Schedule (Docket Entry 1143).

Respectfully submitted this the 16th day of January, 2012.

\_\_\_\_\_//Signed//_____
R. LANCE MILLER, BPR No. 25875
Attorney for Defendant
420 Madison Street, Suite B4
Clarksville, Tennessee 37040
Telephone: (931) 802-6180
Fax: (931) 802-6182
lance@lancemillerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been delivered by the Court's CM/ECF system to Van Vincent, AUSA, 110 9th Ave South, Suite A-961, Nashville, TN 37203 on this the 16th day of January 2012.

/s/ R. Lance Miller
R. Lance Miller