IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDL DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) Case No. 3:10-00260(8) |
| | ) |
| FUAD FAISAL NUR. | ) |

## MOTION TO ALTER STANDARD TRIAL SCHEDULE

*[Handwritten annotation: This motion is DENIED as moot. /s/ [Judge] 2-15-12]*

Comes now counsel for Fuad Nur and would move the Court to consider a trial schedule that includes no court on Fridays and a Monday through Thursday schedule that goes from 10:00 a.m. to 5:00 p.m.

As grounds for this motion counsel would submit the following: The government has estimated calling between 200-300 witnesses, the trial length has been estimated at two to three months, and as the Court has previously Ordered, the trial will take place in Columbia, Tennessee.

Counsel for Mr. Nur is currently making arrangements that will allow his practice of law to continue despite the commitment to this case that may last up to 12 weeks. Counsel would submit that in another "mega" case, *United States v. Porter*, TNMD 3:11-00012, which is set to be tried starting June 4, 2012, Judge Wiseman Ordered the before cited trial schedule; there will not be any court on Fridays and the trial time Monday through Thursday will be 10:00 a.m. until 5:00 p.m. (D.E. 532). Should the Court follow this schedule it would allow counsel to complete other work and attend to other matters on Fridays.