IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 3:10-CR-0260(30) |
| ) | Judge Haynes |
| MOHAMMED AMALLE ) | |

*[Handwritten: Granted. The motion to join is Granted. ___ 2-24-12]*

## MOTION TO JOIN CO-DEFENDANT LIBAN OMAER'S MOTION TO DISCLOSE POST-CONSPIRACY STATEMENTS OF CODEFENDANTS

Comes now the Defendant, Mohammed Amalle, by and through the undersigned counsel, and moves this Honorable Court for permission to join Co-Defendant Liban Omaer's Motion to Disclose Post-Conspiracy Statements of Co-Defendants (Docket Entry 1087).

For all reasons brought to this Honorable Court's attention by Mr. Wolf in the motion filed on behalf of co-defendant Omaer, along with a previously filed motion to disclose post-conspiracy statements of co-defendants, undersigned counsel respectfully submits that the same rationale and arguments apply equally to Defendant Amalle. Accordingly, Defendant Amalle respectfully requests leave to join Defendant Omaer's Motion in the above-styled case.

Respectfully submitted this the 11th day of January, 2012.

\_\_\_\_//Signed//_____
R. LANCE MILLER, BPR No. 25875
Attorney for Defendant
420 Madison Street, Suite B4
Clarksville, Tennessee 37040
Telephone: (931) 802-6180
Fax: (931) 802-6182
lance@lancemillerlaw.com