| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 3:10-CR-0260(30) |
| | ) Judge Haynes |
| MOHAMMED AMALLE | ) |

## MOTION TO JOIN CO-DEFENDANT LIBAN OMAER'S MOTION FOR A BILL OF PARTICULARS

Comes now the Defendant, Mohammed Amalle, by and through the undersigned counsel, and moves this Honorable Court for permission to join Co-Defendant Liban Omaer's Motion for a Bill of Particulars (Docket Entry 1082).

For all reasons brought to this Honorable Court's attention by Mr. Wolf in the motion filed on behalf of co-defendant Omaer, along with a previously filed motion for a Bill of Particulars, undersigned counsel respectfully submits that the same rationale and arguments apply equally to Defendant Amalle. Accordingly, Defendant Amalle respectfully requests leave to join Defendant Omaer's Motion in the above-styled case.

Respectfully submitted this the 11th day of January, 2012.

//Signed//
R. LANCE MILLER, BPR No. 25875
Attorney for Defendant
420 Madison Street, Suite B4
Clarksville, Tennessee 37040
Telephone: (931) 802-6180
Fax: (931) 802-6182
lance@lancemillerlaw.com