IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 3:10-00260 |
| | ) | Judge Haynes |
| MOHAMMED AMALLE (30) | | |

*[Handwritten notation: The motion is GRANTED. /signed/ 5-2-12]*

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the Defendant, Mohammed Amalle, by and through undersigned counsel, and moves for the Court's leave to file a Motion under Seal.

Respectfully submitted this the 1st day of May, 2012.

```
                                    ___//Signed//_____
                                    R. LANCE MILLER, BPR No. 25875
                                    Attorney for Defendant
                                    420 Madison Street, Suite B4
                                    Clarksville, Tennessee 37040
                                    (931) 802-6180
```

### Certificate of Service

I, hereby certify that a true and exact copy of the foregoing was sent electronically to Van Vincent, Assistant United States Attorney, located at Suite A-961, 110 9th Avenue South, Nashville, TN 37203 on this the 1st day of May, 2012.

```
                                    ___//Signed//_____
                                    R. LANCE MILLER
```